## 18803. WISE v. THE STATE.

BROYLES, C. J. The defendant's conviction of the offense charged was not authorized by the evidence adduced, and the refusal to grant him a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1928.

*Joel B. Mallet,* for plaintiff in error.
*Frank B. Willingham, solicitor-general,* contra.